UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BUFFALO LUMBER COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JANYLYN MARKS and BUILT ) <br> BY LOGIC, LLC, ) <br> ) <br> Defendants. ) | No. 1:22-cv-05-SKL |

## JUDGMENT ORDER

On March 18, 2022, the parties notified the Court that they had settled all claims in this action. That same day, the Court ordered the parties to file a stipulation of dismissal on or before April 21, 2022 [Doc. 28]. In the same Order, the Court informed the parties that they could seek an extension of the April 21 deadline, if necessary, by filing an appropriate motion. The Court also put the parties on notice that if no stipulation of dismissal or motion for an extension was filed on or before April 21, the Court would dismiss this action without further notice. The April 21 deadline has passed and the parties have not filed a timely stipulation of dismissal or motion for an extension of the April 21 deadline.

Accordingly, this action is hereby **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 68.1. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED.

ENTER:   　　　　　　　　　　　s/ *Susan K. Lee*
　　　　　　　　　　　　　　　　　SUSAN K. LEE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　ENTERED AS A JUDGMENT:
　s/ LeAnna R. Wilson
　CLERK OF COURT